# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JACQUELINE STEPHANIE ROYBAL,

      Plaintiff,

vs.                                                                                    No. CIV 13-0910 JB/KBM

SOCIAL SECURITY ADMINISTRATION,

      Defendant.

### <u>FINAL JUDGMENT</u>

**THIS MATTER** comes before the Court on its Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, filed November 30, 2014 (Doc. 33)("MOO"). The MOO having disposed of all parties and claims before the Court, the Court now enters final judgment.

**IT IS ORDERED** that this case is remanded to the Commissioner of Social Security, and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Patricia W. Glazek
Patricia Glazek Attorney at Law
Santa Fe, New Mexico

      *Attorney for the Plaintiff*

Damon P. Martinez
   United States Attorney
Manuel Lucero
Mark J. Kingsolver
   Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

   *Attorneys for the Defendant*